IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH URBAN,**<br>        **Plaintiff,**<br><br>     v.<br><br>**WALGREEN, CO.,**<br>        **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 14-1798** |

# O R D E R

AND NOW, this 18th day of December, 2014, after consideration of defendant Walgreen, Co.'s Motion to Dismiss Plaintiff's Amended Complaint (ECF 7), plaintiff Joseph Urban's Memorandum of Law in Opposition (ECF 9), and defendant's Reply Memorandum of Law (ECF 10), it is hereby **ORDERED** that defendant's Motion to Dismiss (ECF 7) is **DENIED**.

                                                            BY THE COURT:

                                                            /s/ Michael M. Baylson
                                                            _____
                                                            **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-1798 urban v. walgreen\14cv1798.order.MotionToDismiss.12.16.2014.docx